IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHARON LARAMIE,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>Defendant. | CV 23-125-M-DWM<br><br><br><br>ORDER |

The parties having jointly moved to continue the preliminary pretrial conference in this matter for sixty days in order to pursue early resolution or, at the very least, to narrow the issues in the case,

IT IS ORDERED that the motion (Doc. 13) is DENIED. *See* Fed. R. Civ. P. 1. The purpose of the February 1, 2024 pretrial conference is to narrow the issues in the case and to set a schedule for the litigation going forward. The Court expects the parties to be prepared to do so.

DATED this 8th day of January, 2024.

Donald W. Molloy, District Judge
United States District Court