Rex Palmer
Lincoln Palmer
ATTORNEYS INC., P.C.
301 W Spruce
Missoula, MT  59802
Telephone: (406) 728-4514
lpalmer@attorneysincpc.com
firm@attorneysincpc.com
    *Attorneys for Plaintiff*

Matthew B. Hayhurst
Zachary A. Franz
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
mhayhurst@boonekarlberg.com
zfranz@boonekarlberg.com
    *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SHARON LARAMIE,<br><br>         Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>         Defendant. | CV 23-125-M-DWM<br><br>**NOTICE OF SETTLEMENT** |

The parties herby notify the Court that they have reached a settlement in this matter. The parties are now in the process of preparing, finalizing, and executing the necessary documents. The parties intend to promptly file a stipulation and proposed order of dismissal upon completion of those tasks, no later than 30 days from today.

The parties kindly request that the Court vacate the Preliminary Pretrial Conference currently scheduled for February 1, 2024. A proposed order is filed contemporaneously for the Court's consideration and convenience.

DATED: January 30, 2024

        ATTORNEYS INC., P.C.

        /s/ Rex Palmer
        Rex Palmer
        *Attorneys for Plaintiff*

        BOONE KARLBERG P.C.

        /s/Matthew Hayhurst
        Matthew B. Hayhurst
        Zachary A. Franz
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and a transmittal of a Notice of Filing will be sent to all counsel of record.

                                 BOONE KARLBERG P.C.

                                 /s/Matthew Hayhurst
                                 Matthew B. Hayhurst
                                 Zachary A. Franz
                                 *Attorneys for Defendant*