IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHARON LARAMIE,<br><br>           Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>           Defendant. | CV 23-125-M-DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 31st day of January, 2024.

_____
Donald W. Molloy, District Judge
United States District Court